UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE, MEMPHIS

FILED BY _____ D.C.

05 DEC -6  AM 9: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **DOCKET NUMBER 2:00CR20209-01-D** |
| | ) | |
| DONALD EDWARD JACKSON | ) | |

## ORDER OF COURT

On June 27, 2002, the above-named offender was sentenced to a term of supervised release for a period of thirteen years which commenced on August 18, 2003. The offender has complied with the rules and regulations of supervision and has achieved all supervision objectives. Accordingly, it is hereby ordered that the defendant be discharged from supervision.

Dated this 5th day of December, 2005.

Honorable Bernice B. Donald
United States District Judge

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

36

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:00-CR-20209 was distributed by fax, mail, or direct printing on December 7, 2005 to the parties listed.

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT